**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 13** |
| **DEDRIC HARRIS** | § | |
| **ETTA G. HARRIS** | | |
| **Debtor(s)** | § | **Case No. 10-38129** |

**STATEMENT IN RESPONSE TO TRUSTEE`S NOTICE OF FINAL CURE PAYMENT**
**PURSUANT TO Fed.R.Bank.P. 3002.1(g)**

OCWEN LOAN SERVICING, LLC (hereinafter "Creditor") files the following statement in response to Chapter 13 Trustee, DAVID G. PEAKE's (hereinafter "Trustee") Notice of Final Cure Payment.

1. Creditor agrees that the Debtor has paid in full the amount required to cure the default on the claim.

2. Creditor agrees that the Debtor is otherwise current on all payments consistent with 1322(b)(5).

Date: <u>November 2, 2015</u>

<u>          /s/ Chelsea Schneider</u>
Movant`s counsel signature
Name: Chelsea Schneider
State Bar No.: 24042396
Address: Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254
Telephone: (214) 635-2650
Fax: (214) 635-2686
E-mail: cschneider@mwzmlaw.com

<u>**Certificate of Service**</u>

A copy of this statement was served on the persons listed below, in the manner listed below on November 2, 2015.

<u>     /s/ Chelsea Schneider     </u>
Chelsea Schneider

Via Pre-Paid U.S. Mail:
**DEDRIC HARRIS**
**ETTA G. HARRIS**
6926 KEATS ST.
HOUSTON, TX 77085
Debtor(s)

**Via ECF:**
**CHRISTOPHER TODD MORRISON**
1306 DOROTHY
HOUSTON, TX 77008
Attorney for Debtor(s)

Via ECF:
**DAVID G. PEAKE**
9660 HILLCROFT, STE 430
HOUSTON, TX 77096
Chapter 13 Trustee

Via ECF:
US Trustee