IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 13 |
| DEDRIC HARRIS | § | |
| ETTA G. HARRIS | | |
| Debtor(s) | § | Case No. 10-38129 |

**AMENDED STATEMENT IN RESPONSE TO TRUSTEE`S NOTICE OF FINAL CURE PAYMENT PURSUANT TO Fed.R.Bank.P. 3002.1(g)**

FRANKLIN CREDIT MANAGEMENT CORPORATION (hereinafter "Creditor") files the following statement in response to Chapter 13 Trustee, DAVID G. PEAKE's (hereinafter "Trustee") Notice of Final Cure Payment.

1. Creditor agrees that the Debtor has paid in full the amount required to cure the default on the claim.

2. Creditor agrees that the Debtor is otherwise current on all payments consistent with 1322(b)(5).

Date: November 3, 2015                          /s/ Chelsea Schneider
                                                Movant`s counsel signature
                                                Name: Chelsea Schneider
                                                State Bar No.: 24042396
                                                Address: Parkway Office Center, Suite 900
                                                14160 North Dallas Parkway
                                                Dallas, TX 75254
                                                Telephone: (214) 635-2650
                                                Fax: (214) 635-2686
                                                E-mail: cschneider@mwzmlaw.com

## Certificate of Service

      A copy of this statement was served on the persons listed below, in the manner listed below on November 3, 2015.

                                                  /s/ Chelsea Schneider
                                               Chelsea Schneider

Via Pre-Paid U.S. Mail:
**DEDRIC HARRIS**
**ETTA G. HARRIS**
6926 KEATS ST.
HOUSTON, TX 77085
Debtor(s)

**Via ECF:**
**CHRISTOPHER TODD MORRISON**
1306 DOROTHY
HOUSTON, TX 77008
Attorney for Debtor(s)

Via ECF:
**DAVID G. PEAKE**
9660 HILLCROFT, STE 430
HOUSTON, TX 77096
Chapter 13 Trustee

Via ECF:
US Trustee